# CIVIL COVER SHEET

JS 44 (Rev. 12/07) (CAND Rev 1/10)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Alexander Brik

### DEFENDANTS
Wells Fargo

(b) County of Residence of First Listed Plaintiff: St. Louis county, MO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CIVIL RIGHTS**
- [X] 442 Employment

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: Employment Discrimination

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND [ ] SAN JOSE [ ] EUREKA

DATE: 01/20/2011

SIGNATURE OF ATTORNEY OF RECORD: Alexander Brik (plaintiff)



E-filing

**FILED**
2011 JAN 24 P 3:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Alexander Brik, Plaintiff,

vs.

Wells Fargo, Defendant(s).

CASE NO. CV11 0347 MEJ

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. Plaintiff resides at:
   Address 1507 Oak Forest Prkwy Ct., Apt. J
   City, State & Zip Code St. Louis, MO 63146
   Phone 704-421-8129

2. Defendant is located at:
   Address 45 Fremont Street, 27th Floor
   City, State & Zip Code San Francisco, CA 94105

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:
   a. ___ Failure to employ me.
   b. _X_ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                    - 1 -

1        c. __ Failure to promote me.

2        d. __ Other acts as specified below.

3 _____

4 _____

5 _____

6 _____

7 _____

8 _____

9  5.     Defendant's conduct is discriminatory with respect to the following:

10        a. __ My race or color.

11        b. __ My religion.

12        c. __ My sex.

13        d. _X_ My national origin.

14        e. __ Other as specified below.

15 _____

16  6.     The basic facts surrounding my claim of discrimination are:

17 *I was the only person of foreign ethnicity*

18 *on the team and was subjected to differential*

19 *treatment and abuse. Threats were issued to*

20 *prevent me doing my work. In their letter to the*

21 *EEOC the defendant wrote lies (such as I re-*

22 *sisted doing the work or refused to work on weekends)*

23 *None of that ever happened and was used as a*

24 *cover-up for illegal conduct*

25  7.     The alleged discrimination occurred on or about _March-April 2010_.

26                                                 (DATE)

27  8.     I filed charges with the Federal Equal Employment Opportunity Commission (or the

28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)            - 2 -

1 | discriminatory conduct on or about ___July 12, 2010___
2 | (DATE)
3 | 9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4 | (copy attached), which was received by me on or about ___October 27, 2010___
5 | (DATE)
6 | 10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7 | Yes _X_   No ____
8 | 11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9 | including injunctive orders, damages, costs, and attorney fees.

DATED: __01/20/2011__        __Alexander Brik__

SIGNATURE OF PLAINTIFF

*(PLEASE NOTE: NOTARIZATION*        __Alexander Brik__

*IS NOT REQUIRED.)*        PLAINTIFF'S NAME

(Printed or Typed)

Form-Intake 2 (Rev. 4/05)                - 3 -

| EEOC Form 161 (11/09) | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | | |
|---|---|---|---|
| | **DISMISSAL AND NOTICE OF RIGHTS** | | |

| To: | Alexander V. Brik<br>1009 Hunting Ridge Road   Apt G<br>Raleigh, NC 27615 | From: | Raleigh Area Office<br>1309 Annapolis Drive<br>Raleigh, NC 27608 |
|---|---|---|---|

|  | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|
| EEOC Charge No.<br>433-2010-02438 | EEOC Representative<br>**Patricia Miller,**<br>Investigator | Telephone No.<br>(919) 856-4691 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Thomas M. Colclough,
Director

10/26/10
*(Date Mailed)*

Enclosures(s)

cc: Kari W. Banks
EEO Consultant Corporate ER
WELLS FARGO BANK
301 South Tryon St., Fl 11
M A C D1130-112
Charlotte, NC 28288