UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ALEXANDER BRIK, | No. C 11-00347 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO, | |
| Defendant. _____/ | |

On January 24, 2011, Plaintiff Alexander Brik filed the above-captioned complaint, at which time the Clerk of Court scheduled the case for a case management conference on May 5, 2011. However, there is no indication that Defendant Wells Fargo has been served, and no case management statement was filed by the April 28, 2011 deadline. Based on Plaintiff's inaction, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by May 20, 2011, and the Court shall conduct a hearing on June 3, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 29, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER BRIK,

        Plaintiff,

 v.

WELLS FARGO,

        Defendant.

Case Number: 11-00347 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander V. Brik
1507 Oak Forest Parkway Court, Apt. J
St. Louis, MO 63146

Dated: April 29, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2