UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ALEXANDER BRIK, | No. C 11-00347 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO, | |
| Defendant. | |
| _____/ | |

On April 29, 2011, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to serve the defendant in this matter. However, it now appears that Plaintiff's proof of service was docketed under a different name. (Dkt. No. 3.) Accordingly, the Court hereby DISCHARGES the April 29, 2001 order to show cause. As Defendant has not appeared in this matter, Plaintiff is directed to file a request for entry of default by the Clerk of Court, pursuant to Federal Rule of Civil Procedure.

**IT IS SO ORDERED.**

Dated: May 5, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER BRIK,

        Plaintiff,

  v.

WELLS FARGO,

        Defendant.

Case Number: 11-00347 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander V. Brik
1507 Oak Forest Parkway Court, Apt. J
St. Louis, MO 63146

Dated: May 5, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk