# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| ALEXANDER BRIK, | No. C 11-00347 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Pending before the Court is Plaintiff's request for entry of default and motion for default judgment, filed May 19, 2011. Subsequent to Plaintiff's motion, Defendant Wells Fargo Bank filed an Answer to Plaintiff's Complaint, which potentially renders Plaintiff's motion moot. However, Defendant has failed to provide any justification for its failure to file a timely response. Accordingly, the Court ORDERS Defendant to show cause why default should not be entered against it. Defendant shall file a declaration by June 16, 2011, after which the Court shall determine if a hearing is necessary.

**IT IS SO ORDERED.**

Dated: June 7, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER BRIK,

        Plaintiff,

  v.

WELLS FARGO,

        Defendant.

Case Number: 11-00347 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander V. Brik
1507 Oak Forest Parkway Court, Apt. J
St. Louis, MO 63146

Dated: June 7, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk