# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| ALEXANDER BRIK, | No. C 11-0347 MEJ |
| Plaintiff, | **ORDER DISCHARGING OSC** |
| v. | |
| WELLS FARGO, | |
| Defendant. | |
| _____/ | |

On June 7, 2011, the Court ordered Defendant to show cause why default should not be entered against it for failure to appear in this matter. Dkt. No. 10. Having received Defendant's response, the Court DISCHARGES the order to show cause and DENIES Plaintiff's motion to enter default as moot. The Court shall conduct a case management conference on August 18, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All case management and ADR deadlines shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: June 20, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER BRIK,

        Plaintiff,

v.

WELLS FARGO,

        Defendant.

Case Number: 11-00347 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander V. Brik
1507 Oak Forest Parkway Court, Apt. J
St. Louis, MO 63146

Dated: June 20, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2