MICHELLE R. BARRETT, Bar No. 197280
DALENE R. BRAMER, Bar No. 267753
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Fax No.:      415.399.8490

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER BRIK,<br><br>            Plaintiffs,<br><br>      v.<br><br>WELLS FARGO,<br><br>            Defendant. | Case No.  11-CV-0347 MEJ<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT WELLS FARGO BANK; [PROPOSED] ORDER**<br><br>[Civil Local Rule 11-5]<br><br>Complaint Filed: January 24, 2011<br><br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant WELLS FARGO BANK, N.A. substitutes Littler Mendelson, P.C. as its attorneys in this matter.

**WITHDRAWING ATTORNEYS**

Janine S. Simerly (SBN 102361)
Maureen K. Bogue (SBN 194755)
Lindsay E. Hutner (SBN 238998)
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA  94104
Telephone:   415.464.4300
Facsimile:    415.464.4336
E-mail:        jss@millerlawgroup.com; mkb@millerlawgroup.com; leh@millerlawgroup.com

NO. 11-CV-0347 MEJ                               1.                  NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT

**SUPERSEDING ATTORNEYS**

MICHELLE R. BARRETT, Bar No. 197280
DALENE R. BRAMER, Bar No. 267753
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108
Telephone:    415.433.1940
Facsimile:    415.399.8490
E-mail:       mbarrett@littler.com; dbramer@littler.com

**SUBSTITUTION BASED ON CONSENT**

The undersigned consents to the substitution and certifies that this substitution will not unduly delay the proceedings in this matter.

Dated: June 29, 2011

/s/ Jacqueline Sung
JACQUELINE SUNG
WELLS FARGO BANK, N.A.

Dated: June 29, 2011                        Withdrawing Attorneys:

/s/ Maureen K. Bogue
JANINE S. SIMERLY
MAUREEN K. BOGUE
LINDSAY E. HUTNER
MILLER LAW GROUP
A Professional Corporation

Dated: June 29, 2011                        Substituting Attorneys:

/s/ Michelle R. Barrett
MICHELLE R. BARRETT
DALENE R. BRAMER
LITTLER MENDELSON, P.C.

NO. 11-CV-0347 MEJ                    2.              NOTICE OF SUBSTITUTION OF COUNSEL
                                                      FOR DEFENDANT

**ORDER**

IT IS SO ORDERED.

Dated: June 29, 2011
_____

_____
THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

Firmwide:102531356.1 045444.1000

NO. 11-CV-0347 MEJ      3.      NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT