**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

  v.

DAMON SYKES,

    Defendant.
_____/

No. C 11-00347 CRB

**ORDER REASSIGNING CASE**

    This case concerns allegations that the Defendant has violated a Form 12 imposed as part of the Judgment in <u>United States of America v. Damon Sykes</u>, 94-cr-0062CW.  The Court finds that this case should therefore be adjudicated by Judge Wilken, and REASSIGNS the case to Judge Wilken.

    **IT IS SO ORDERED.**

Dated: August 1, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\347\order reassigning.wpd