1  MICHELLE R. BARRETT, Bar No. 197280
   DALENE R. BRAMER, Bar No. 267753
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:     415.433.1940
   Fax No.:       415.399.8490
5
   Attorneys for Defendant
6  WELLS FARGO BANK, N.A.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  ALEXANDER BRIK,                    Case No.  11-CV-0347 MEJ

12               Plaintiffs,           **JOINT STIPULATION & [PROPOSED]
                                       ORDER CONTINUING THE CASE
13      v.                             MANAGEMENT CONFERENCE FOR 45
                                       DAYS**
14  WELLS FARGO,

15               Defendant.            Judge:       Hon. Maria-Elena James
                                       Courtroom:   B, 15th Floor
16                                     Complaint Filed: January 24, 2011

17                                     Trial Date: None Set

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED]                              CASE NO. 11-CV-0347 MEJ
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE

Plaintiff Alexander Brik ("Plaintiff"), and Defendant Wells Fargo Bank, N.A. ("Defendant"), by and through their respective counsel of record (collectively "the Parties") hereby stipulate and agree as follows:

## STIPULATION

WHEREAS, a case management conference is currently scheduled in this case for August 18, 2011, at 10:00 a.m.; and

WHEREAS, the Parties are in the process of finalizing an informal resolution of this case; and

WHEREAS, the Parties believe that a case management conference would be more meaningful and helpful if it were held after the Parties have pursued an informal resolution;

THEREFORE, the Parties hereby stipulate, and respectfully request the Court to order, that the case management conference scheduled for August 18, 2011 be continued to a date on or after September 30, 2011.

IT IS SO STIPULATED.

Dated: August 11, 2011

/s/ Alexander Brick

Plaintiff Alexander Brick in Pro Per

Dated: August 11, 2011

/s/ Michelle R. Barrett
MICHELLE R. BARRETT
Attorney for Defendant
Wells Fargo Bank, N.A.

STIPULATION & [PROPOSED]
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE                                    1.                          CASE NO. 11-CV-0347 MEJ

1

## [PROPOSED] ORDER

2      Pursuant to stipulation, it is hereby ordered that the case management conference

3  scheduled for August 18, 2011, be continued to ___October 6_____, 2011.  The Parties shall

4  file a joint case management conference statement by ___September 29_____, 2011.

5

6          IT IS SO ORDERED.

7

   Dated: ___August 11, 2011_____

8                                                       _____

9                                                       HON. MARIA ELENA JAMES
                                                         United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED]                     2.                  CASE NO. 11-CV-0347 MEJ
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE

1

## ATTESTATION OF CONCURRENCE

2        Pursuant to the Court's General Order 45, Section 10(B), I hereby attest that concurrence in

3   the filing of this document has been obtained from each of the other signatories.

4        I declare under penalty of perjury under the laws of the United States of America that the

5   foregoing declaration is true and correct to the best of my personal knowledge.  Executed this 11th

6   day of August, 2011, in San Francisco, California.

7                             /s/ Michelle R. Barrett

8                             Michelle R. Barrett

9

10   Firmwide:103242988.1 045444.2145

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION & [PROPOSED]**
**ORDER CONTINUING CASE**
**MANAGEMENT CONFERENCE**

3.

**CASE NO. 11-CV-0347 MEJ**