1  MICHELLE R. BARRETT, Bar No. 197280
   DALENE R. BRAMER, Bar No. 267753
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Fax No.:     415.399.8490
5
   Attorneys for Defendant
6  WELLS FARGO BANK, N.A.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 ALEXANDER BRIK,                    Case No.  11-CV-0347 MEJ

12          Plaintiffs,                **JOINT STIPULATION & [PROPOSED]
                                       ORDER TO DISMISS CASE WITH
13     v.                              PREJUDICE**

14 WELLS FARGO,
                                       Judge:       Hon. Maria-Elena James
15          Defendant.                 Courtroom:   B, 15th Floor
                                       Complaint Filed:  January 24, 2011
16
                                       Trial Date: None Set
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED]                                    CASE NO. 11-CV-0347 MEJ
ORDER DISMISSING CASE WITH
PREJUDICE

Plaintiff Alexander Brik ("Plaintiff"), and Defendant Wells Fargo Bank, N.A. ("Defendant"), by and through their respective counsel of record (collectively "the Parties") hereby stipulate and agree as follows:

## STIPULATION

WHEREAS, Plaintiff Alexander Brik has decided to cease pursuit of his claims against Wells Fargo Bank, N.A.; and

WHEREAS, the Parties have agreed that Plaintiff's claims should be dismissed with prejudice against Wells Fargo Bank, N.A.;

THEREFORE, the Parties hereby stipulate, and respectfully request the Court to order, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that Plaintiff's Complaint be dismissed in its entirety with prejudice and that a dismissal with prejudice of this matter be entered as to Defendant.

IT IS SO STIPULATED.

Dated: August 18, 2011

/s/ Alexander Brick
Plaintiff Alexander Brick in Pro Per

Dated: August 18, 2011

/s/ Michelle R. Barrett
MICHELLE R. BARRETT
Attorney for Defendant
Wells Fargo Bank, N.A.

STIPULATION & [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

1.

CASE NO. 11-CV-0347 MEJ

## [PROPOSED] ORDER

Pursuant to stipulation and Federal Rules of Civil Procedure 41, it is hereby ordered that Plaintiff's Complaint be dismissed with prejudice in its entirety and that a dismissal with prejudice be entered as to Defendant.

IT IS SO ORDERED.

Dated: August 18, 2011

_____
HON. MARIA ELENA JAMES
United States District Court Judge

## ATTESTATION OF CONCURRENCE

Pursuant to the Court's General Order 45, Section 10(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge. Executed this 18th day of August, 2011, in San Francisco, California.

/s/ Michelle R. Barrett
Michelle R. Barrett

Firmwide:103203782.1 045444.2145

STIPULATION & [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE     3.     CASE NO. 11-CV-0347 MEJ